# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

_____

| | |
|---|---|
| **In Re:** <br><br> **Hoku Corporation,** <br><br> **Debtor.** | **Bankruptcy Case No. 13-40838-JDP** |

_____

| | |
|---|---|
| **R. Sam Hopkins** <br> **Chapter 7 Trustee,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **Carbis, Inc., a/k/a Carbis Holdings, Inc., a South Carolina California limited liability corporation; and John Does 1-10,** <br><br> **Defendants.** | **Adv. Proceeding No. 15-08066-JDP** |

_____

## MEMORANDUM OF DECISION
_____

MEMORANDUM OF DECISION – 1

For the reasons set forth in the Memorandum of Decision entered in *Hopkins v. M&A Adventures, Ltd.*, Adv. No. 15-08043-JDP, Dkt. No. 19, Plaintiff's motion for default judgment will be granted. Plaintiff's counsel shall submit appropriate findings of fact, conclusions of law, and an appropriate form of judgment for entry by this Court.

Dated:  December 10, 2015

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

MEMORANDUM OF DECISION – 2